## 55040. C. C. R. v. STATE OF GEORGIA.

QUILLIAN, Presiding Judge.

The defendant, a juvenile, appeals the judgment of delinquency. He contends that the evidence was insufficient to support the prosecution since it was predicated solely on the corroborating testimony of a co-participant. Citing Code § 38-121 it is urged that, as in a criminal prosecution, corroboration of an accomplice's testimony is essential. *Held:*

In numerous decisions our courts have held that corroboration of an accomplice is not necessary to sustain a misdemeanor conviction. *Martin v. State,* 17 Ga. App. 372 (1) (86 SE 945) and cits.; *Fields v. State,* 88 Ga. App. 770 (1) (77 SE2d 751). For, Code § 38-121 specifically requires corroboration "in any case of felony," otherwise, "the testimony of a single witness is generally sufficient to establish a fact." Since this was not a felony case, we therefore find there was some evidence to sustain the defendant's adjudication as a delinquent.

*Judgment affirmed. Webb and McMurray, JJ., concur.*

SUBMITTED JANUARY 11, 1978 — DECIDED FEBRUARY 24, 1978.

*Drake & Tracy, John L. Tracy,* for appellant.
*John R. Irwin, District Attorney, Christopher A. Townley, Assistant District Attorney,* for appellee.